UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 1:21cv11961-PBS

MARK SULLIVAN,

    Plaintiff,

v.

WAYNE ALARM,

    Defendant.

## JOINT STIPULATION OF DISMISSAL

NOW COME the parties in the above-captioned matter and jointly state that a satisfactory settlement has been reached and hereby stipulate and agree that the Civil Action against Defendant, **Wayne Alarm Systems, Inc.**, be dismissed with prejudice, without costs, each party bearing its own fees and that all rights of reconsideration and/or appeal are expressly waived.

Respectfully submitted,
Plaintiffs,
**Mark T. Sullivan,**
By his attorneys,

_/s/ Corinne Hood Greene_
Corinne Hood Greene (BBO 654311)
Greene & Hafer, LLC
529 Main St. Ste 200
Charlestown, MA 02129
cgreene@greeneandhafer.com
617-396-4600
Dated: May 11, 2022

Respectfully Submitted,
Defendants,
**Wayne Alarm Systems, Inc.,**
By its attorneys,

_/s/_
Thomas G. Nicholson (BBO 548472)
Dennis Ford Eagan (BBO 652577)
FINNERAN & NICHOLSON, P.C.
30 Green Street
Newburyport, MA 01950
cases@finnic.com
978-462-1514
Dated: May 11, 2022